[58 NE3d 1111, 37 NYS3d 474]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDUARDO BAEZ, Appellant, v SUPERINTENDENT, QUEENSBORO CORRECTIONAL FACILITY, et al., Respondents.

Decided August 25, 2016

## APPEARANCES OF COUNSEL

*Seymour W. James, Jr., The Legal Aid Society*, New York City (*Robert C. Newman* of counsel), for appellant.

*Eric T. Schneiderman, Attorney General*, New York City (*Bethany A. Davis Noll* of counsel), for respondents.

## OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), appeal dismissed, without costs, upon the ground that the issues presented have become moot.

Concur: Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia.